■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT S. LONG, Appellant. (Appeal No. 3.) [54 NYS3d 896]— Appeal from a judgment of the Steuben County Court (Marianne Furfure, A.J.), rendered February 13, 2014. The judgment convicted defendant, upon his plea of guilty, of bribing a witness.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Long* ([appeal No. 1] 151 AD3d 1886 [2017]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.